1004

FRANK M. HENSLEY ET AL., *Appellants*, v. HERITOR, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-2-00583-3, Amber L. Finlay, J., entered December 27, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOHN SHARPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 12-1-00038-5, E. Thompson Reynolds, J., entered March 14, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Lee and Sutton, JJ.

*In the Matter of the Estate of* EVA JOHANNA ROVA BARNES.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-4-00455-3, S. Brooke Taylor, J. Pro Tem., entered June 5, 2013. *Reversed* and *remanded* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.

ANTHONY BROWN, *Appellant*, v. GOLDEN STATE FOODS CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-07036-4, Susan Serko, J., entered June 21, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, C.J.; Bjorgen and Melnick, JJ., dissenting in part by separate opinions.